PLAINTIFFS' STATEMENT OF THE CASE
(Civil No. 0:25-cv-03006 (LMP/LIB))

This Statement of the Case is submitted pursuant to the Court's Pretrial Scheduling Order and reflects only those claims that survived dismissal under the Court's December 2, 2025 Order (Doc. 71).

I. Parties

Plaintiffs are residents of Itasca County, Minnesota, who submitted written citizen comments for consideration at public meetings of the Itasca County Board of Commissioners during May and June 2025.

Defendants are six individual county officials sued solely in their individual capacities. No official-capacity claims, municipal-entity claims, or claims against the County Board or any policymaking body remain in this action.

II. Factual Background (Limited to Surviving Claims)

During the relevant period, written citizen submissions were accepted for potential inclusion in Board meetings and in the public meeting record.

Plaintiffs submitted written comments through the County's established submission process. Plaintiffs allege that certain submissions were excluded from being read aloud or included in the public meeting record.

Plaintiffs allege that the exclusions were based on attributes of the submissions themselves, including anonymity, rather than on articulated, neutral, and content-independent criteria.

Plaintiffs further allege that they were not provided advance notice of exclusion and were not informed of any standards or procedures governing whether written submissions would be accepted, rejected, or modified.

III. Nature of the Surviving Claims

Following the Court's dismissal order, this case proceeds on two limited constitutional claims only:

1. First Amendment — Limited Public Forum (Reasonableness Analysis Only)
2. Fourteenth Amendment — Procedural Due Process

No claims alleging retaliation, equal protection violations, municipal liability, policies or customs, or systemic practices remain in this action.

IV. Scope of the Case

This is a narrow, fact-specific case focused on:
• the reasonableness of Defendants' actions within a limited public forum, and
• whether constitutionally sufficient notice and procedures were provided in connection with the

exclusion of written submissions.

Discovery and further proceedings are accordingly limited to those issues.

V. Relief Sought

Plaintiffs seek relief consistent with the surviving claims, including declaratory relief, appropriate injunctive relief, and compensatory damages as permitted by law. At this stage, Plaintiffs' damages are not fully quantified and will be further developed through discovery.

VI. Conclusion

This Statement is submitted to confirm the precise posture of the case following dismissal and to ensure that discovery and further proceedings remain confined to the claims identified by the Court.

Dated: January 2, 2026

/s/ Robert Preble

Robert Preble

Pro Se Plaintiff

/s/ John Scott Casper

John Scott Casper

Pro Se Plaintiff